# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Jeremy A. Gignilliat                          Docket No. 5:13-MJ-1969-1

## Petition for Action on Probation

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Probation Order of Jeremy A. Gignilliat, who, upon an earlier plea of guilty to Simple Possession, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on April 8, 2014, to a 12 month term of probation under 18 U.S.C. §3607.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is under supervision in the Western District of North Carolina. The probation officer in that district reports that the defendant has an explosive disorder that could pose an officer safety risk, and they recommend adding a mental health treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall submit to a mental health evaluation/treatment program under the guidance and supervision of the U.S. Probation Officer. The defendant shall remain in treatment and maintain any prescribed medications until satisfactorily discharged by the program and/or with the approval of the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Thomas E. Sheppard |
| Robert L. Thornton | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: May 15, 2014 |

**Jeremy A. Gignilliat**
**Docket No. 5:13-MJ-1969-1**
**Petition For Action**
**Page 2**

## ORDER OF COURT

Considered and ordered this <u>15th</u> day of <u>   May   </u>, 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge